Mathew K. Higbee, Esq. SBN 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
 North Las Vegas, NV 89032
 (813) 713-3013
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
TAMARA WILLIAMS,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS, | Case No. 8:26-cv-759 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| PURE INDULGENCE AESTHETICS PC, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff, Tamara Williams, alleges as follows:

## JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2.     This Court has subject matter jurisdiction over Plaintiff's claim for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of California, Defendant's acts of infringement were directed towards the state of California, Defendant caused injury to Plaintiff within the state of California, and Defendant has a physical presence in the state of California.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5. Plaintiff Tamara Wareka p/k/a Tamara Williams ("Williams") is an individual and professional photographer by trade.

6. Defendant, Pure Indulgence Aesthetics PC ("Pure Indulgence" or "Defendant") is a California professional corporation with a principal place of business in Laguna Hills, California.

7. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

8. Tamara Williams is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for her

2
**COMPLAINT**

natural and clean portraiture featured on her highly popular Instagram account @tamarawilliams, which has amassed almost 600,000 followers.

9.     Williams' work has been featured in top publications such as *Vogue, Harper's Bazaar, Marie Clare, Beauty, L'Officiel, Glamour, Cosmopolitan, Maxim*, and many more. Additionally, her work has been used commercially by brands such as NARS, KKW, Fenty, and Benefit.

10.    Tamara Williams' livelihood depends on receiving compensation for the photographs she produces, and the copyright protection afforded to Tamara Williams' work deters would-be infringers from copying and profiting from her work without permission.

11.    Tamara Williams is the sole author and exclusive rights holder to a close-up beauty photograph, which is the subject of this suit ("Beauty Photograph").

12.    Attached hereto as Exhibit A is a true and correct copy of Beauty Photograph.

13.    Tamara Williams registered Beauty Photograph with the United States Copyright Office under Registration Number VA 2-274-918 with an Effective Date of Registration of October 19, 2021.

14.    Attached hereto as Exhibit B is a true and correct copy of the Registration Certificate VA 2-274-918.

**COMPLAINT**

15. Defendant Pure Indulgence is a spa offering esthetic services such as injectables, laser treatments, and facial and body contouring, as well as wellness services such as IV therapy. *See generally* pureindulgenceaesthetics.com.

16. Pure Indulgence operates two business locations.

17. Pure Indulgence operates one location in Laguna Hills, California, and another location in Southlake, Texas.

18. Pure Indulgence operates two Instagram accounts, one for each business location.

19. Pure Indulgence manages, operates, and controls the Instagram account @pureindulgenceaestheticsoc        www.instagram.com/pureindulgenceaestheticsoc ("California Instagram Account").

20. The biography of the California Instagram Account states its operating location as Laguna Hills, referring to Defendant's business location in Laguna Hills, California.

21. Attached hereto as Exhibit C is a true and correct screenshot of the California Instagram Account, showing the location of Laguna Hills present in the biography.

22. Pure Indulgence manages, operates, and controls the Instagram account @pureindulgenceaethetics   www.instagram.com/pureindulgenceaesthetics   ("Texas Instagram Account").

**COMPLAINT**

23. The biography of the Texas Instagram Account states its operating location as Southlake, referring to Defendant's business location in Southlake, Texas.

24. Attached hereto as Exhibit D is a true and correct screenshot of the Texas Instagram Account, showing the location of Southlake present in the biography.

25. The California Instagram Account and the Texas Instagram Account shall be jointly referred to as "Defendant's Instagram Accounts."

26. On information and belief, Defendant's Instagram Accounts generate content to promote Defendant's service offerings at both locations, attract social media followers to Defendant's Instagram Accounts, attract user traffic to Defendant's main webpage, and generate profit and revenue for the company and its owner(s).

***Defendant's Unauthorized Use of the Beauty Photograph***

27. On or about September 7, 2025, Tamara Williams discovered her Beauty Photograph copied and published on the California Instagram Account with the caption, "Plump. Smooth. Defined. Whether you're going for a soft refresh or full hydration, Versa Lips+ is ready to meet your needs! #PureIndulgenceAesthetics #Revanesse #Versa #VersaLips #LipFiller" ("California Infringement").

28. Attached hereto as Exhibit E are true and correct screenshots of the California Instagram Account showing the California Infringement.

29. On or about September 7, 2025, Tamara Williams discovered her Beauty Photograph copied and published on the Texas Instagram Account with the caption, "Plump. Smooth. Defined. Whether you're going for a soft refresh or full hydration,

**COMPLAINT**

Versa Lips+ is ready to meet your needs! #PureIndulgenceAesthetics #Revanesse #Versa #VersaLips #LipFiller" ("Texas Infringement").

30. Attached hereto as Exhibit F are true and correct screenshots of the Texas Instagram Account showing the Texas Infringement.

31. The California Infringement and the Texas Infringement shall be jointly referred to as the "Infringing Posts."

32. Tamara Williams has never at any point granted Pure Indulgence a license or other permission to copy, display, distribute, or otherwise use the Beauty Photograph in the Infringing Posts on Defendant's Instagram Accounts or elsewhere.

33. Pure Indulgence, including its employees, agents, contractors, or others over whom it has responsibility and control, copied and uploaded the Beauty Photograph to Defendant's Instagram Accounts without Tamara Williams' consent or authorization.

34. Pure Indulgence, including their agents, contractors or others over whom they have responsibility and control, used, displayed, published, and otherwise held out to the public Williams's original and unique Beauty Photograph in order to acquire a direct financial benefit, through revenue from the sales of Defendants' services.

35. On information and belief, Defendant's use of the Beauty Photograph was deliberate and willful because it knew or should have known that it did not purchase a license to use the Beauty Photograph on Defendant's Instagram Accounts or in any other way.

36.     The purpose of the Infringing Posts was to promote Defendants' services by providing visual content in the form of a high-quality, professionally-produced photograph to assist the viewer in visualizing the results that could be achieved with Defendants' services.

37.     Soon after discovering the Infringing Posts, Tamara Williams, through counsel, reached out to Defendant to have the Beauty Photograph removed and to attempt to resolve this matter without court intervention, but the parties were unable to come to an agreement.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq***

38.     Plaintiff incorporates by reference all the above paragraphs of this Complaint as though fully stated herein.

39.     Williams owns a valid copyright in the Beauty Photograph.

40.     Williams registered the Beauty Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

41.     Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Beauty Photograph.

42.     Defendant, including its employees, agents, contractors, or others over whom it has responsibility and control, copied and uploaded the Beauty Photograph to Defendant's Instagram Accounts without Tamara Williams' consent or authorization.

43.     Defendant, including its employees, agents, contractors or others over whom it has responsibility and control, willfully uploaded the Beauty Photograph onto

Defendant's Instagram Accounts because Defendant knew it did not have permission to use the Beauty Photographs.

44.    Defendant willfully infringed upon Plaintiff's copyrighted Beauty Photograph in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Beauty Photograph without Plaintiff's consent or authority, by using it in the Infringing Posts.

45.    As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages pursuant to 17 U.S.C. § 504(c).

46.    As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

**COMPLAINT**

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Beauty Photograph by copying, displaying, and distributing it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For costs of litigation and reasonable attorney's fees pursuant to 17 U.S.C. § 505;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

- For pre-judgment interest as permitted by law; and

- For any other relief the Court deems just and proper.

Dated: March 30, 2026                              Respectfully submitted,

                                                   **/s/ Mathew K. Higbee**
                                                   Mathew K. Higbee, Esq.
                                                   Bar No. 241380
                                                   **HIGBEE & ASSOCIATES**
                                                   3110 W Cheyenne Ave Ste 200,
                                                   North Las Vegas, NV 89032
                                                   (813) 713-3013
                                                   (714) 597-6559 facsimile
                                                   *Counsel for Plaintiff*

9
**COMPLAINT**

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff Tamara Williams hereby demands a trial by jury in the above matter.


Dated:          March 30, 2026              Respectfully submitted,


                                            **/s/ Mathew K. Higbee**
                                            Mathew K. Higbee, Esq.
                                            Bar No. 241380
                                            **HIGBEE & ASSOCIATES**
                                            3110 W Cheyenne Ave Ste 200,
                                            North Las Vegas, NV 89032
                                            (813) 713-3013
                                            (714) 597-6559 facsimile
                                            *Counsel for Plaintiff*

10
**COMPLAINT**